## The People of the State of Illinois, Appellee, v. Henry Klehm, Appellant.

### Gen. No. 6,267.   (Not to be reported in full.)

Appeal from the Circuit Court of Rock Island county; the Hon. WILLIAM T. CHURCH, Judge, presiding. Heard in this court at the April term, 1916. Reversed. Opinion filed February 10, 1917. Certiorari denied by Supreme Court (making opinion final).

### Statement of the Case.

Proceedings by the People of the State of Illinois against Henry Klehm, defendant, for contempt in disobeying a subpoena issued by a notary public or commissioner empowered to take the deposition of witnesses in a case pending in another county. From an order finding the defendant guilty and adjudging a fine of twenty-five dollars against him and costs of suit, defendant appeals.

ANDREW OLSON, for appellant.

CULVER, ANDREWS, KING & COOK and SHALLBERG & HARPER, for appellee.

MR. PRESIDING JUSTICE NIEHAUS delivered the opinion of the court.

### Abstract of the Decision.

1. CONTEMPT, § 15*—*what does not constitute by witness.* The refusal of a witness to appear before a notary public and give his deposition in obedience to a subpoena issued by the notary under the authority of a *dedimus potestatem* in a case pending in another jurisdiction could not be considered contempt of court of the tribunal administering the punishment.

2. CONTEMPT, § 2*—*when court has no power to punish for.* Only the court whose order or authority is defied has the power to punish for contempt, and its power cannot be considered as defied where the contempt arises from disobedience of a writ or mandate issued by another tribunal in a case pending in another court.

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.